

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CASE NO. SACR-16-00028-JVS |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) |
| GEOFFREY DONALD RICKNER, | ) | 18 U.S.C. § 3143(a) Allegations of |
| | ) | Violations of Probation/Supervised |
| Defendant. | ) | Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ✓ ) the appearance of defendant as required; and/or

   B. ( ✓ ) the safety of any person or the community.

2. The Court concludes:

   A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                      Page 1 of 2

1  other persons or the community. Defendant poses a risk to the
2  safety of other persons or the community based on:
3  post sentencing violent conviction
4  resulting in prior revocation

8  B. (✓) Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released. Defendant poses
10 a flight risk based on: absconded from supervision

16  IT IS ORDERED that defendant be detained.

20  DATED: August 13, 2024

*Alicia␣G.␣Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE